UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 20, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>         Plaintiff,           )<br> v.                           )<br>                              )<br> WASSIM MOHAMMAD AZIZI,       )<br>                              )<br>         Defendant.           ) | Case No. MAG-06-00252-GGH<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __WASSIM MOHAMMAD AZIZI__, Case No. __MAG-06-00252-GGH__, Charge __42 USC § 7412 and 7413 (c)(1) VIOLATION OF CLEAN AIR ACT__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   __   Release on Personal Recognizance

    __X__   Bail Posted in the Sum of $ _100,000 secured with property_

    __   __   Unsecured Appearance Bond

    __   __   Appearance Bond with 10% Deposit

    __   __   Appearance Bond with Surety

    __   __   Corporate Surety Bail Bond

    __ ✔ __   (Other)   __Conditions as Stated on the Record__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __September 20, 2006__ at __2:00pm__.

                         By   /s/ Gregory G. Hollows
                             Gregory G. Hollows
                             United States Magistrate Judge

Copy 5 - Court